

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00070-CV

Yolanda H. **MONTOYA** and Daniel Lopez,
Appellants

v.

Rosemary H. **GUTIERREZ**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2014CI07335
Honorable Karen H. Pozza, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is REVERSED and REMANDED for further proceedings consistent with this opinion. Costs of the appeal are taxed against Appellee Rosemary H. Gutierrez.

SIGNED October 30, 2019.

_____
Rebeca C. Martinez, Justice